UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22327-CIV-GAYLES

PEDRO LANTIGUA GOMEZ, AMAURY )
GONZALEZ, LIENG UN REY, CARLOS )
ZELAYA, JOSE E. MORA YERA, *and all* )
*others similarly situated under 29 U.S.C. §* )
*216(b)*, )
 )
       Plaintiffs, )
vs. )
 )
AMERICAN SALES AND MANAGEMENT )
ORGANIZATION, LLC d/b/a EULEN )
AMERICA, EULEN AMERICA, INC., )
 )
       Defendants. )
_____ )

## NOTICE OF RELATED CASES

**COMES NOW**, Plaintiffs and all others similarly-situated (the "Plaintiff"), by and through undersigned counsel, and pursuant to Section 2.15.00 of the Internal Operating Procedures of the Southern District, and hereby provide the above-described Plaintiffs' Notice of related cases as followsas follows:

**Diaz v. American Sales and Management, LLC,** 14-CV-24245-SCOLA/OTAZO-REYE; and

**Cuni et. al. v. American Sales and Management,** 14-CV-22349-AOR.

Respectfully Submitted,

                                       J.H. Zidell, P.A.
                                       *Attorneys for Plaintiff*
                                       300 71st Street, Suite 605
                                       Miami Beach, Florida 33141
                                       Tel: (305) 865-6766

                                       By: /s/ Elizabeth O. Hueber
                                       Elizabeth Olivia Hueber
                                       Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 22, 2015 and that as of this filing no counsel has appeared on behalf of Defendants.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:  /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
**Florida Bar Number: 0073061**