UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-22327-CIV-GAYLES/TURNOFF

PEDRO LANTIGUA GOMEZ, AMAURY
GONZALEZ, LIENG UN REY, CARLOS
ZELAYA, JOSE E. MORA YEAR, PEDRO
PABLO GALINDO GUTIERREZ, ISMAEL
RODRIGUEZ DIAZ, FERNANDO AGUILA,
JOSE ALBERTO RAUDALES, OSMAR
RODRIGUEZ, JOSE LUIS CABALLERO,
YANARIS PENA, ENRIQUE MEDEL, *and all
Others similarly situated under 29 U.S.C. §
216(b)*,

    Plaintiffs,

vs.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC d/b/a EULEN AMERICA,
EULEN AMERICA, INC.,

    Defendants.
_____/

**NOTICE AND CLAIM FOR ATTORNEY'S CHARGING LIEN,
MONEY JUDGMENT AND RETAINING LIEN**

    ALL PARTIES TO THIS CAUSE AND ALL OTHERS WHO IT MAY CONCERN ARE HEREBY CALLED UPON TO TAKE NOTICE THAT:

    1.    SHAVITZ LAW GROUP, P.A. and JAFFE GLENN LAW GROUP, P.A. ("Counsel"), hereby file their Notice and Claim of Attorney's Charging Lien and Claim for Money judgment against Respondent, ENRIQUE MEDEL, in the Amount of Two Thousand Dollars ($2,000.00) (plus all fees and costs earned after the date of this document) for attorney's fees and costs due owing and unpaid as compensation for professional legal services, attorney's fees and cost rendered on behalf of the Respondent, ENRIQUE MEDEL, and upon all of his right, title and interest in any and all real and personal property within the jurisdiction of this Court, pursuant to the Agreements between Counsel and ENRIQUE MEDEL.

1

2. Counsel's Charging Lien relates back to said Agreements and is superior in dignity to any other liens subsequent to said date, pursuant to the applicable Florida case law.

3. Counsel is entitled to and do hereby exert their right to a possessing and/or retaining lien on the entire contents of their file in this matter.

WHEREFORE, SHAVITZ LAW GROUP, P.A. and JAFFE GLENN LAW GROUP, P.A., requests a charging lien against all property of ENRIQUE MEDEL as a result of SHAVITZ LAW GROUP, P.A. and JAFFE GLENN LAW GROUP, P.A.'s effort in this matter for $2,000.00, and a money judgment in the amount of $2,000.00 (plus any further earned attorney's fees and costs incurred) plus interest, against Respondent, ENRIQUE MEDEL.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of the foregoing was sent via U.S Mail to Elizabeth O. Hueber, Esquire, J.H. Zidell P.A 300-71st Street, Suite 605 Miami Beach, FL 33414 and Nicole M. Wall, Esquire, Cole, Scott, & Kissane, P.A Esperante Building 222 Lakeview Avenue Suite 120 West Palm Beach, FL 33401 and Enrique Medel 2411 NW 23rd Ct. Apt. 7, Miami, FL 33142 on this 14 day of September 2015.

| | |
|---|---|
| **JAFFE GLENN LAW GROUP, P. A.**<br>**168 Franklin Corner Road**<br>**Building 2, Suite 220**<br>**Lawrenceville, New Jersey 08648**<br>**Tel: 201-687-9977**<br>**Fax: 201-595-0308** | **SHAVITZ LAW GROUP**<br>**1515 South Federal Hwy**<br>**Suite 404,**<br>**Boca Raton, Florida 33432**<br>**PHONE: 561-447-8888**<br>**Fax: 561-447-8831** |
| By: **/s/ANDREW I. GLENN**<br>ANDREW I. GLENN<br>Florida Bar Number: 577261 | By: **/s/ CAMAR R. JONES**<br>CAMAR R. JONES<br>Florida Bar Number: 720291 |