UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-22327-CIV-GAYLES/TURNOFF

PEDRO LANTIGUA GOMEZ, AMAURY
GONZALEZ, LIENG UN REY, CARLOS
ZELAYA, JOSE E. MORA YEAR, PEDRO
PABLO GALINDO GUTIERREZ, ISMAEL
RODRIGUEZ DIAZ, FERNANDO AGUILA,
JOSE ALBERTO RAUDALES, OSMAR
RODRIGUEZ, JOSE LUIS CABALLERO,
YANARIS PENA, ENRIQUE MEDEL, *and all
Others similarly situated under 29 U.S.C. §
216(b)*,

    Plaintiffs,

vs.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC d/b/a EULEN AMERICA,
EULEN AMERICA, INC.,

    Defendants.
_____/

**NOTICE OF WITHDRAWING NOTICE AND CLAIM FOR ATTORNEY'S
CHARGING LIEN, MONEY JUDGMENT AND RETAINING LIEN**

SHAVITZ LAW GROUP, P.A. and JAFFE GLENN LAW GROUP, P.A. ("Counsel"), give notice of withdrawing Notice and Claim of Attorney's Charging Lien and Claim for Money judgment against the following respondents:

1. Enrique Medel, Charging Lien filed on September 15, 2015 [D.E. 15];
2. Fernando Aguila, Charging Lien filed on September 15, 2015 [D.E. 16];
3. Ismael Rodriguez Diaz, Charging Lien filed on September 15, 2015 [D.E. 17];
4. Jose Luis Caballero, Charging Lien filed on September 15, 2015 [D.E. 18];
5. Jose Alberto Raudales, Charging Lien filed on September 15, 2015 [D.E. 19];
6. Osmar Rodriguez, Charging Lien filed on September 15, 2015 [D.E. 20];
7. Yanaris Pena, Charging Lien filed on September 15, 2015 [D.E. 21];

8. Pedro Galindo, Charging Lien filed on February 3, 2016 [D.E. 39].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of the foregoing was sent via U.S Mail to Elizabeth O. Hueber, Esquire, Steven C. Fraser, Esquire and Jamie H. Zidell, Esquire, J.H. Zidell P.A 300-71st Street, Suite 605 Miami Beach, FL 33414 and Nicole M. Wall, Esquire and Alison K. Thomas, Esquire, Cole, Scott, & Kissane, P.A Esperante Building 222 Lakeview Avenue Suite 120 West Palm Beach, FL 33401 and Pedro Galindo 1616 NW 19 Terrace, Apt 304, Miami, FL 33125 on this 18 day of February 2016.

| | |
|---|---|
| **JAFFE GLENN LAW GROUP, P. A.**<br>**168 Franklin Corner Road**<br>**Building 2, Suite 220**<br>**Lawrenceville, New Jersey 08648**<br>**Tel: 201-687-9977**<br>**Fax: 201-595-0308**<br><br>By: **/s/ANDREW I. GLENN**<br>ANDREW I. GLENN<br>Florida Bar Number: 577261 | **SHAVITZ LAW GROUP**<br>**1515 South Federal Hwy**<br>**Suite 404,**<br>**Boca Raton, Florida 33432**<br>**PHONE: 561-447-8888**<br>**Fax: 561-447-8831**<br><br>By: **/s/ CAMAR R. JONES**<br>CAMAR R. JONES<br>Florida Bar Number: 720291 |